**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BENJAMIN JORDAN, # 878209,** ) | | |
|     **Plaintiff,** ) | | |
| ) | | |
| **v.** ) | **No. 3:04-CV-0949-R** | |
| ) | **ECF** | |
| **GARY JOHNSON, et al.,** ) | | |
|     **Defendants.** ) | | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and recommendation in this case. (Doc. 11.) Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the findings, conclusions and recommendation to which objections were made. The objections are overruled, and the Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge. Therefore, this action is dismissed with prejudice.

**SO ORDERED** this 10th day of August, 2007.

                                                                          _____
                                                                         JERRY BUCHMEYER
                                                                          UNITED STATES DISTRICT JUDGE